## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

ROBERT R. HEFFERNAN                                                                                  PLAINTIFF
ADC #76641

V.                                              NO: 4:12CV00013 SWW

DUSTIN McDANIEL *et al.*                                                                          DEFENDANTS

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 24th day of February, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE